**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO A. VALENZUELA, | No.  1:23-cv-01353 JLT FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| BURNS, *et al.*, | (Doc. 15) |
| Defendants. | |

Plaintiff Mario A. Valenzuela is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2026, the then-assigned magistrate judge screened the first amended complaint and directed Plaintiff to either file a second amended complaint or notify the Court of his willingness to proceed on the cognizable claims identified by the Court.  (Doc. 13.)  The order expressly warned Plaintiff that his failure to comply with the Court's order would result in dismissal of this action, without prejudice, for failure to obey a court order and for failure to prosecute.  (*Id.*)  Plaintiff did not respond to the Court's order.

Therefore, on March 16, 2026, the magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to obey a Court order and failure to prosecute.  (Doc. 15.)  The Court served the findings and recommendations on Plaintiff,

1

notified him that objections were due within 14 days, and warned him that failure to timely file objections may result in the waiver of certain rights on appeal. (*Id.* at 4, *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not file objections, and the deadline to do so has now passed.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 16, 2026, (Doc. 15), are **ADOPTED IN FULL**.

2. This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to obey Court orders and failure to prosecute.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 15, 2026**

_____
UNITED STATES DISTRICT JUDGE

2